IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERENCE FEURY,                         :
                                       :
            Plaintiff,                 :   CIVIL ACTION
                                       :
    vs.                                :   No. 09-cv-1341
                                       :
THE PROVCO GROUP, LTD.,                :
et al.,                                :
                                       :
            Defendants.                :

**ORDER**

AND NOW, this 15th day of June, 2010, upon consideration of Defendants Provco Ventures I and Provco LLC's Motion for Summary Judgment (Doc. No. 38), Plaintiff's Cross-Motion for Summary Judgment (Doc. No. 42), and responses thereto (Doc. Nos. 52, 54), for reasons set forth in the attached Memorandum, the Court grants summary judgment in favor of Provco Ventures I, LP and Provco LLC as to Count II of the Complaint. Provco Ventures I, LP and Provco LLC are no longer parties to this ongoing action as Plaintiff's only claim against them is Count II.

                                BY THE COURT:

                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.